**Order entered October 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00624-CV

### IN THE INTEREST OF K.J., A MINOR CHILD

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-16-25780-V**

## ORDER

Before the Court is the State's October 2, 2018 "First Motion for Extension of Time to File Its Brief."

We **GRANT** the State's October 2, 2018 motion and **ORDER** the brief tendered by the State contemporaneously with that motion filed as of the date of this order.

/s/     DOUGLAS S. LANG
          PRESIDING JUSTICE